**The Weisblatt Law Firm, P.L.L.C.**
**Principal Location:** 2312 Katy Fort Bend Rd., Katy, Texas 77493
Main: 713.666.1981 | Fax: 832.415.0215
**Galleria Location:** by appointment only
1800 Saint James Place, Suite 105, Houston, Texas 77056
weisblattlaw.com

September 10, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/18/2025
```

<u>**VIA E-FILING BY CM/ECF**</u>

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

> RE: Case 1:25-cv-05139: *Gibam Shops, SPA v. Graniti Vicentia, LLC et al.* Pre-Motion Conference Request on Defendant Graniti Vincentia, LLC's Request for an Order to Mediation

Dear Judge Vyskocil:

We represent both Defendant Srinivasa Rao Katragadda and Defendant Graniti Vicentia, LLC, in the above-referenced matter. In lieu of a pre-conference letter or more formal motion, please allow this correspondence to serve as Defendant's request that your Honor order this case be sent to mediation. This request is made by Defendant Graniti Vicentia, LLC. Defendant Katragadda reserves his right to be heard on his special appearance motion, does not intend to waive same, and should in no way be considered a party to this letter or request.

**Summary of Grounds for Request**

This Court ordered that the Parties attend a settlement conference on or before September 2, 2025. The Parties attended a conference virtually to more easily include the out of state attorneys admitted pro hac vice. The conference occurred on August 28, 2025, with all counsels in attendance.

While the Parties were unable to come to an agreement at that time as to a payment structure and potential reductions, valuable information was exchanged on the positions of the Parties. All counsels participated actively and were engaged constructively in the discussion.

While mediation was rejected by Plaintiff's counsel when suggested by the Defendant's counsel, Plaintiff's counsel made an invitation for Defendant's counsel to seek an order from the Court. Defendant's counsel advised Plaintiff's counsel at the time that Graniti Vicentia, LLC would likely do so.

There is a good chance that this dispute could be resolved by mediation. The Parties are not that "far apart." Allowing a disinterested mediator to discuss the issues and proposed solutions with counsel <u>and clients</u> would likely assist in settling this case. A negotiated resolution at this stage would be of tremendous benefit to all Parties and would preserve precious judicial resources.

**Relief Sought**

Defendant Graniti Vincintia, LLC, therefore, respectfully requests that this Court order the Parties to a full-day virtual mediation to seek an early resolution of this dispute.

Plaintiff does not consent to the relief sought at this time.

Sincerely,

The Weisblatt Law Firm, P.L.L.C.

*/s/ Andrew D. Weisblatt*
Andrew D. Weisblatt
Admitted pro hac vice


cc: Oleg Rivkin; Howard Wintner

---

DENIED. Gibam Shops, SpA has clearly stated that they do not wish to mediate at this time and the Court will not compel Plaintiff to do so.

SO ORDERED.

Date: 9/18/2025
New York, New York

Mary Kay Vyskocil
United States District Judge