USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIBAM SHOPS, SPA,

               Plaintiff,

       -against-

GRANITI VINCENTIA, LLC, and SRINIVASA RAO
KATRAGADDA,

               Defendant.

1:25-cv-05139-MKV

ORDER OF DISMISSAL

---

MARY KAY VYSKOCIL, United States District Judge:

The Court has been advised by the parties that they have entered into a settlement agreement. [ECF No. 38]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and the application to restore the action is made by January 16, 2026. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*. The parties are also on notice that this Court does not maintain jurisdiction over fulfillment of a settlement agreement.

**SO ORDERED.**

**Dated: December 16, 2025**
      **New York, New York**

                                         _____
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**